## MOTION DOCKET

**88–1036.** Burris v. Estate of Burris. *Erie County,* No. E–87–36. On motion for relief from judgment. Motion denied.

RESNICK, J., not participating.

**88–1740.** Hill v. Allstate Ins. Co. *Lorain County,* No. 4289. On motion for relief from judgment. Motion denied.

**90–2399.** State Farm Auto. Ins. Co. v. Rose. Certified Question of State Law, No. 590CV1676. On motion for relief from judgment. Motion denied.

**92–34 and 92–277.** Hower v. Motorists Mut. Ins. Co. *Lucas County,* No. L–90–268. On motion for relief from judgment. Motion denied.

**93–715.** State v. Hill. *Lorain County,* No. 92CA005332. On motion for leave to file appellee's brief instanter. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**93–966.** Petratos v. Markakis. *Cuyahoga County,* No. 61377. On motions for leave to file *amicus* of Ohio Association of Civil Trial Attorneys and Ohio Hospital Association. Motions granted.

**93–1085.** State v. Said. *Lake County,* No. 92–L–018. On motion for leave to file cross-appellant's brief instanter. Motion granted.

WRIGHT and PFEIFER, JJ., dissent.